THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marcus T. Spencer, Appellant.
 
 
 

Appeal From Union County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2009-UP-051
 Submitted January 2, 2009  Filed January
15, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Marcus T. Spencer appeals his guilty plea and sentence
 for escape, arguing his plea was involuntary.  After a thorough review of the record, counsels brief, and
 Spencers pro se brief, pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Spencers appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.